**\*E-FILED 10/12/07\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC AUSTIN NIVA, | No. C 03-00908 RS |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

1. The last day to meet and confer re initial disclosures, early settlement, and discovery plan shall be November 28, 2007.

2. The last day to complete initial disclosures or state objection in Rule 26(f) Report, file and serve the Case Management Statement, and file and serve Rule 26(f) Report shall be December 12, 2007.

3. The Case Management Conference shall be held in this case on **December 19, 2007 at 2:30 p.m.** in Courtroom 4, U.S. District Court, 280 South First Street, San Jose, California.

IT IS SO ORDERED.

Dated: October 12, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Claire T. Cormier      claire.cormier@usdoj.gov

John Charles Stein      boccardo@boccardo.com, jstein@boccardo.com, tracey@boccardo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 12, 2007

                                              /s/ BAK
                                             Chambers of Magistrate Judge Richard Seeborg