**\*E-FILED 12/12/07\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC AUSTIN NIVA, | NO. C 03-00908 RS |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In view of the parties' agreed understanding that fully-briefed legal issues are now ripe for determination by the Court, the case management conference scheduled for December 19, 2007 is hereby VACATED. The Court will take under submission the liability issues presented by the parties.

IT IS SO ORDERED.

Dated: December 12, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

ORDER
C 03-0908 RS

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Claire T. Cormier     claire.cormier@usdoj.gov

John Charles Stein     boccardo@boccardo.com, jstein@boccardo.com, tracey@boccardo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 12/12/07**                                                          **Richard W. Wieking, Clerk**

                                                      **By:**     **Chambers**

ORDER
C 03-0908 RS

**United States District Court**
For the Northern District of California