JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   Facsimile:  (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Defendant United States of America

*E-FILED 1/23/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC AUSTIN NIVA, <br><br>    Plaintiff, <br><br>  v. <br><br> UNITED STATES OF AMERICA, <br><br>    Defendant. | No. C 03-0908 RS <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE |

On January 16, 2008, the Court issued an Order Re Briefing, setting a schedule for further briefing on certain issues in this case. The Court ordered the parties to file briefs on or before February 4, 2008. The Court further ordered that the parties could file responsive briefs on or before February 19, 2008.

Plaintiff's counsel is engaged in preparing for trial, and defendant's counsel has various pre-existing deadlines over the next few weeks. Accordingly, the parties hereby STIPULATE AND REQUEST that the briefing schedule be modified as follows. The briefs currently due on or before February 4 shall instead be due on or before February 19, 2008, and the responsive briefs currently due on or before February 19 shall instead be due on or before March 4, 2008.

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE
C 03-0908 RS

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | DATED: January 22, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | |
| 5 | | /s/ Claire T. Cormier |
| 6 | | CLAIRE T. CORMIER<br>Assistant United States Attorney |
| 7 | DATED: January 22, 2008 | THE BOCCARDO LAW FIRM LLP |
| 8 | | |
| 9 | | /s/ John C. Stein<br>(electronic signature authorized) |
| 10 | | |
| 11 | | JOHN C. STEIN<br>Attorney for Plaintiff |

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: January 23, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
C 03-0908 RS