**United States District Court**

For the Northern District of California

*E-FILED 10/22/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ERIC AUSTIN NIVA,

       Plaintiff,

       v.

UNITED STATES OF AMERICA
DEPARTMENT OF THE INTERIOR,

       Defendant.
_____/

No. C 03-00908 RS

**ORDER CONTINUING FURTHER
CASE MANAGEMENT
CONFERENCE**

       The  further case management conference set for October 29, 2008 at 2:30 p.m. is continued to **March 4, 2009 at 2:30 p.m.**  An updated joint case management conference statement shall be filed no later than February 25, 2009.

       **IT IS SO ORDERED.**

DATED:     October 22, 2008

                                  _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY**
     **PROVIDED TO:**
2

3    Claire T. Cormier      claire.cormier@usdoj.gov

4    John Charles Stein      boccardo@boccardo.com, jstein@boccardo.com, tracey@boccardo.com

5

6    Counsel are responsible for distributing copies of this document to co-counsel who have not
     registered for e-filing under the court's CM/ECF program.
7

8    Dated:          10/22/08

9

10                                    /s/ BAK_____
                                      Chambers of Magistrate Judge Richard Seeborg
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28