**THE BOCCARDO LAW FIRM INC**
ATTORNEYS AT LAW
111 W. ST. JOHN STREET, SUITE 400
SAN JOSE, CALIFORNIA 95113
TELEPHONE (408) 298-5678

*E-FILED 12/5/08*

**JOHN C. STEIN, SBN 39417**
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN JOSE

| | |
|---|---|
| GARY NIVA and ALINKA NIVA, as Administrators of the Estate of ERIC AUSTIN NIVA, deceased,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA DEPARTMENT OF THE INTERIOR - BUREAU OF LAND MANAGEMENT,<br><br>    Defendants. | Case No.: C03-00908 RS<br><br>STIPULATION TO FILE <u>FIRST AMENDED</u> COMPLAINT FOR <u>DAMAGES</u> AND ORDER |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, by and between their respective counsel, that Plaintiffs be permitted to file their First Amended Complaint, alleging a wrongful death cause of action. It is further stipulated that defendant shall have 45 days from the filing of the First Amended Complaint to answer, move, or otherwise respond to the First Amended Complaint.

-1-

STIPULATION TO FILE <u>FIRST AMENDED</u> COMPLAINT FOR DAMAGES

```
1  DATED:   December 5, 2008              THE BOCCARDO LAW FIRM, INC.
2                                         BY:   __/S/_____
                                                JOHN C. STEIN
3                                               Attorneys for Plaintiffs
4

5

6  DATED:   December 5, 2008              JOSEPH P. RUSSONIELLO
                                          UNITED STATES ATTORNEY
7
                                          BY:   ___/S/_____
8                                               CLAIRE T. CORMIER
                                                Assistant U.S. Attorney
9                                               Attorneys for Defendant
10
```

**ORDER**

IT IS SO ORDERED.

DATED:   December 5, 2008       _____
                                RICHARD SEEBORG
                                United States Magistrate Judge

---

-2-

STIPULATION TO FILE <u>FIRST AMENDED</u> COMPLAINT FOR DAMAGES