JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   Facsimile:  (408) 535-5081
   claire.cormier@usdoj.gov

*E-Filed 6/12/09*

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC AUSTIN NIVA, | No. C 03-0908 RS |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
|    Defendant. | |

     This case is currently scheduled for a case management conference on July 8, 2009.

     The parties have been conducting discovery relating to the subject of plaintiffs' damages, including interrogatories, document requests, subpoenas for records, and depositions of the plaintiffs. Pursuant to the Court's previous order, the parties participated in a settlement conference on May 20, 2009, which was unsuccessful. After the settlement conference, plaintiffs agreed to provide additional documentation relating to damages. After defendant's counsel receives and reviews that documentation, it is anticipated that follow-up depositions of the plaintiffs may be necessary.

     The parties have agreed to participate in private mediation under the supervision of mediator John Williams. That mediation is scheduled to take place on August 17, 2009. Accordingly, the parties request that the case management conference be continued to August 26, 2009.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 03-0908 RS

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: June 11, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|   | /s/ Claire T. Cormier[1] |
|   | CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: June 10, 2009 | THE BOCCARDO LAW FIRM LLP |
|   | /s/ John C. Stein |
|   | JOHN C. STEIN<br>Attorney for Plaintiff |

**[PROPOSED]** ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: June 12, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
C 03-0908 RS