*E-Filed 10/22/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARY NIVA, et al,

          Plaintiffs,

v.

UNITED STATES OF AMERICA, et al,

          Defendants.

No. C 03-00908 RS

**ORDER GRANTING REQUEST UNDER RULE 7-3(d) FOR LEAVE TO FILE ADDITIONAL PAPERS**

In light of defendant's non-objection and good cause appearing, plaintiffs' request under Civil Local Rule 7-3(d) to file their Statement of Objections to Defendant's Reply Brief is granted.

IT IS SO ORDERED.

Dated: October 22, 2009

    RICHARD SEEBORG
    UNITED STATES MAGISTRATE JUDGE