JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorneys

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
Facsimile:  (408) 535-5081
claire.cormier@usdoj.gov

*E-Filed 11/10/09*

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY NIVA and ALINKA NIVA, as Administrators of the Estate of ERIC AUSTIN NIVA, deceased,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C 03-0908 RS<br><br>STIPULATION AND [PROPOSED] ORDER VACATING TRIAL AND PRETRIAL SCHEDULE<br><br>Trial Date: November 23, 2009 |

This case is currently scheduled for trial on November 23, 2009.

The parties participated in a mediation on November 3, 2009 and have reached a contingent settlement. The settlement must be approved by the Assistant Attorney General before it can be submitted to the Court. Accordingly, the parties hereby STIPULATE AND REQUEST that the current trial and pretrial schedule, including the trial date of November 23, 2009, be vacated and a status conference be set in approximately 60 days.

//

//

//

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE
C 03-0908 RS

Respectfully submitted,

DATED: November 5, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier[1]

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November 4, 2009

THE BOCCARDO LAW FIRM LLP

/s/ John C. Stein

_____
JOHN C. STEIN
Attorney for Plaintiff

### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the pretrial schedule and the trial date for this action are VACATED. Unless a stipulation of dismissal is filed, Counsel shall appear for a status conference on  January 13 , 2010 at  2:30  p.m.

DATED: November 9, 2009

_____
RICHARD SEEBORG
United States Magistrate Judge

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER VACATING TRIAL DATE
C 03-0908 RS