JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
Facsimile:  (408) 535-5081
claire.cormier@usdoj.gov

*E-Filed 03/18/2010*

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY NIVA and ALINKA NIVA, as Administrators of the Estate of ERIC AUSTIN NIVA, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | No. C 03-0908 RS<br><br>**STIPULATION OF DISMISSAL;** ~~[PROPOSED]~~ **ORDER** |

The parties to this action, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. §2677, entered into by the parties to this action. All parties will bear their own costs, fees, and expenses. Upon entry of the order approving this dismissal, the District Court shall not retain jurisdiction over this action, the settlement, or any other matter pertaining to this action or the settlement.

//

//

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 03-0908 RS

Respectfully submitted,

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED: March 18, 2010        BY: /s/ Claire T. Cormier
                                 Claire T. Cormier
                                 Assistant United States Attorney
                                 Attorney for Defendant,
                                 United States of America


THE BOCCARDO LAW FIRM LLP

DATED: _____, 2010      BY: _____
                                 JOHN C. STEIN
                                 Attorney for Plaintiff


### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: March 18, 2010        /s/ Richard Seeborg
                             RICHARD SEEBORG
                             United States District Court Judge


STIPULATION OF DISMISSAL; [PROPOSED] ORDER
C 03-0908 RS